UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
CAROL LEWIS,                                    )
                                                )
                Plaintiff,                      )
                                                )
        v.                                      )        C. A. NO. 15-13530-NMG
                                                )
SYLVIA BURWELL,                                 )
*in her official capacity as secretary, United States* )
*Department of Health and Human Services, 615-F* )
*Hubert H. Humphrey Building 200 Independence* )
*Avenue, SW Washington, DC 20201*,              )
                                                )
                Defendant.                      )
_____ )

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION TO ANSWER

Defendant, Secretary of the U.S. Department of Health and Human Services, requests that the Court grant her an extension of 45 days to respond to the Complaint.   The undersigned has been unable to evaluate and respond to the Complaint because the Department has not completed preparation of the transcript of the administrative proceedings below, the proceedings from which the Plaintiff appeals to this Court.  Upon information and belief, the additional 45 days will provide sufficient time for preparation of the transcript and the preparation of the Defendant's response.

Accordingly, Defendant requests an extension until February 1, 2016.


Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

1

By:      */s/ Anita Johnson*
ANITA JOHNSON, BBO No. 565540
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3266
Anita.Johnson@usdoj.gov

CERTIFICATE OF SERVICE and RULE 7.1 CONFERENCE

I certify that this document will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff electronically and that I conferred with said counsel and she does not oppose this extension, both on this fourteenth day of December 2016.

*/s/ Anita Johnson*