UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL LEWIS,<br><br>          Plaintiff,<br><br>v.<br><br>SYLVIA BURWELL,<br>*in her official capacity as secretary, United States Department of Health and Human Services, 615-F Hubert H. Humphrey Building 200 Independence Avenue SW Washington, DC 20201,*<br><br>          Defendant. | C.A. NO. 15-13530-NMG |

## MOTION OF THE PLAINTIFF, CAROL LEWIS, FOR SUMMARY JUDGMENT

Carol Lewis, Plaintiff, in the above-captioned action, hereby moves, pursuant to Fed. R. Civ. P. 56, for summary judgment in its favor, and against the named defendant on Counts I, II, III, IV, V, VI and VII of her Complaint.

In support of her motion, and as grounds therefor, the Plaintiff relies upon her Memorandum in Support of Plaintiff's Motion for Summary Judgment, filed simultaneously herewith.

                                            Respectfully submitted,
                                            CAROL LEWIS

                                            By her attorney,
                                            */s/ Laurie J. Bejoian*
                                            LAURIE J. BEJOIAN BBO No. 545312
                                            325B Great Road
                                            Littleton, MA 01460

978-486-9145
ljblaw.ljbejoian@gmail.com

OF COUNSEL
DEBRA M. PARRISH
PARRISH LAW OFFICES
788 Washington Road
Pittsburgh, PA 15228
412-561-6250
debbie@dparrishlaw.com

Dated: January 6, 2017