UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DON WRIGHT, )<br>Acting Secretary of Health and Human )<br>Services, )<br>)<br>Defendant. )<br>) | Civil Action No.:<br>1:15-CV-13530-NMG |

**DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLYTO PLAINTIFF'S REPLY ON MOOTNESS AND HER FILING OF "SUBSEQUENT AUTHORITY"**

Defendant requests leave of the Court to file its short Surreply to Plaintiff's Reply in Support in Support of Plaintiff's First Motion to Alter or Amend Judgment and to Plaintiff's Notice of Subsequent Authority. In its Surreply, Defendant suggests that the argument and materials in Plaintiff's two recent filings are irrelevant to the Court's Order in this action and do not support Plaintiff's Motion to Alter or Amend Judgment.

        Respectfully submitted,

        WILLIAM D. WEINREB
        Acting United States Attorney


        */s/ Anita Johnson*
        ANITA JOHNSON BBO No. 565540
        Assistant U.S. Attorney
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        617-748-3266
        anita.johnson@usdoj.gov

Certificate of Service

    I hereby certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff electronically, on this 31st day of October 2017, and that I conferred with counsel for Plaintiff regarding her position on this Motion.

                                          */s/  Anita Johnson*