UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAROL LEWIS,

          Plaintiff,

    v.                                    Case 1:15-cv-13530-NMG

ALEX AZAR,
Secretary of the U.S. Department of Health
and Social Services,

          Defendant.

## REPLY RE: STATUS CONFERENCE

Ms. Lewis' request is simply for a status conference to determine the best way forward in this case, particularly as it relates to potential briefing on collateral estoppel. Briefing about a status conference about briefing is not consistent with the "just, speedy, and inexpensive determination" of this action that Ms. Lewis has been seeking since the beginning. FED.R.CIV.P. 1. Thus, while Ms. Lewis disagrees with the Secretary's claims regarding collateral estoppel, Ms. Lewis will await the Court's direction before substantively briefing that issue.

Dated: March 16, 2018                        Respectfully submitted,

                                                      CAROL LEWIS, By her attorneys,
                                                        */s/ Laurie J. Bejoian*
                                                        LAURIE J. BEJOIAN BBO No. 545312
                                                        325B Great Road
                                                         Littleton, MA 01460
                                                        978-486-9145
                                                         ljblaw.ljbejoian@gmail.com

2

OF COUNSEL
DEBRA M. PARRISH
PARRISH LAW OFFICES
788 Washington Road
Pittsburgh, PA 15228
412-561-6250
debbie@dparrishlaw.com