UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Carol Lewis

V.

CIVIL ACTION: 15-13530-NMG

Sylvia Burwell


## FINAL JUDGMENT

GORTON, U.S.D.J.                          April 6, 2018


Pursuant to the Memorandum and Order entered on 4/5/2018, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Plaintiff .


By the Court,


/s/ Christine M. Lima_____
DEPUTY CLERK