C2C DIAR_A0000016557 13073 03-14-2013 4



NHIC, Corp. DME MAC Jurisdiction A
P.O. Box 9180
Hingham, MA 02043-9180

Date: January 31, 2013

0000070   20130201  IB064101  NHCDMAC  1 OZ DOM   IB06410000* 159459 CL

Carol Lewis
25 Old Harbor Rd.
CHATHAM MA  02633-2314



Beneficiary Services:
1-800-MEDICARE
(1-800-633-4227)
1-877-468-2048 (TDD)
Provider Services: 1-866-419-9458

Dear Ms. Lewis,

This letter is to inform you of the decision on your Medicare Appeal. An appeal is a new and independent review of your claims. You are receiving this letter because you made an appeal for the disposable sensors (A9276-A9276GX) and the transmitters (A9277).

The appeal decision is unfavorable. Our decision is that your claims are not covered by Medicare.

More details on the decision are provided below. If you disagree with this decision, you may appeal to a Qualified Independent Contractor (QIC). You must file your appeal, in writing, within 180 days of receiving this letter. However, if you do not wish to appeal this decision, you are not required to take any action. For more information on how to appeal, see the section of this letter titled, "Important Information About Your Appeal Rights."

NHIC, Corp. was contracted by Medicare to review your appeal.

Summary of the Facts:

| Provider | Minimed Distribution Corporation |
|---|---|
| Dates of Services | June 6, 2011, March 13, 2012, March 23, 2012, June 18, 2012, and September 17, 2012 |
| Claim Control Numbers | Listed below |
| Type of Services | Purchased items |
| Description of Services | Disposable sensors and the transmitters |
| Dates of Initial Determinations | May 11, 2012, August 3, 2012, and October 26, 2012, |
| Document Control Number | 12341100500 |

We received your request for an appeal on December 6, 2012. Medicare denied the items when these claims were processed the first time. The items listed above were denied because these are not covered. You asked us to review your claims. We received the following items with your appeal request: Medicare Summary Notices, test logs, copy of the sensor overlays, account summary, and letters.

12341100500

14098X20025  504

1

US Certified Admin Record 000752

0752

000000257

0000070

C2C DIAR_A0000016557 13073 03-14-2013 4

Decision:

We have concluded that the claims listed below are not covered by Medicare. We have also concluded that you are responsible for payment of these items.

Explanation of Decision:

Medicare does not cover continuous glucose monitors (A9276-A9278) because they are considered precautionary and are not covered under the DME benefit. Therefore, these items are not allowed.

Please refer to the Local Coverage Determination (LCD) for Glucose Monitors (LCD# L11530) for complete guidelines.

Who is Responsible for the Bill:

Minimed Distribution Corporation can bill you for items that are not covered by Medicare. The items submitted are not covered by Medicare. Therefore, you are responsible for the payment of these items.

What to Include in Your Request for an Independent Appeal:

This decision was based on the facts submitted with your redetermination request. If you decide to pursue the next level of appeal, which is a reconsideration, you will need to submit any other details which best support your case.

NOTE: You do not need to resubmit documentation that was submitted as part of the redetermination. This information will be forwarded to the QIC as part of the case file utilized in the reconsideration process.

Sincerely,

Jonathan Ross
NHIC, Corp.
A Medicare Contractor

| Provider Name | CCN | Service Dates | Submitted Amt |
|---|---|---|---|
| MINIMED DISTRIB | 12074701483000 | 03/12-03/12/2012 | $420.00 |
| MINIMED DISTRIB | 12090717327000 | 06/06-06/06/2011 | $420.00 |
| MINIMED DISTRIB | 12108700574000 | 03/23-03/23/2012 | $649.00 |
| MINIMED DISTRIB | 12172714577000 | 06/18-06/18/2012 | $420.00 |
| MINIMED DISTRIB | 12263710308000 | 09/17-11/13/2012 | $933.00 |

IMPORTANT INFORMATION ABOUT YOUR APPEAL RIGHTS

YOUR RIGHT TO APPEAL THIS DECISION: If you do not agree with this decision, you may file an appeal. An appeal is a review performed by people independent of those who have reviewed

2

12341100500

History ID: 8197130

US Certified Admin Record 000753

14098X20025 505

2

0753

00000258
0000070
C2C DIAR_A0000016557 13073 03-14-2013 4

your claim so far. The next level of appeal is called a reconsideration. A reconsideration is a new and impartial review performed by a company that is independent from NHIC, Corp.

HOW TO APPEAL: To exercise your right to an appeal, you must file a request in writing within 180 days of receiving this letter. Under special circumstances, you may ask for more time to request an appeal. You may request an appeal by using the form enclosed with this letter. If you do not use this form, you can write a letter. You should include: Your name, address, Medicare number, your signature, reasons for appealing, and any evidence you wish to attach. You may also attach supporting materials such as medical records, doctors' letters, or other information that explains why this item should be paid. Your doctor may be able to provide supporting materials. You must also indicate that NHIC, Corp. made the redetermination.

If you want to file an appeal, you should send your request to:

C2C Solutions, Inc.

Attn: DME QIC

P.O. Box 44013

Jacksonville, FL 32231-4103

WHO MAY FILE AN APPEAL: You or someone you name to act for you (your appointed representative) may file an appeal. You can name a relative, friend, advocate, attorney, doctor, or someone else to act for you.

If you want someone to act for you, you may visit http://www.medicare.gov/basics/forms/default.asp to download the "Appointment of Representative" form which may be used to appoint a representative. Medicare does not require that you use this form to appoint a representative. Alternately, you may submit a written statement containing the same information indicated on the form. You may also call 1-800-MEDICARE (1-800-633-4227) to learn more about how to name a representative.

OTHER IMPORTANT INFORMATION: If you want copies of statutes, regulations, policies, and/or manual instructions we used to arrive at this decision, or if you have any questions specifically related to your appeal, please write to us at the following address and attach a copy of this letter:

NHIC, Corp.

DME-Written Inquiries

P.O. Box 9146

Hingham, MA 02043-9146

HELP WITH YOUR APPEAL: If you want help with an appeal, or if you have questions about Medicare, you can have a friend or someone else help you with your appeal. You can also contact your State Health Insurance Assistance Program (SHIP). You can find the phone number for your SHIP in your "Medicare & You" handbook, under the "Helpful Contacts" section of www.medicare.gov website, or by calling 1-800-MEDICARE (1-800-633-4227) for information on how to contact your local SHIP. Your SHIP can answer questions about payment denials and appeals.

OTHER RESOURCES TO HELP YOU: For general questions about Medicare, you can call 1-800-MEDICARE (1-800-633-4227), TTY/TDD: 1-877-468-2048 (TDD). Remember that

3

12341100500          History ID: 8197130

US Certified Admin Record 000754

14098X20025  506  3

0754

Q00000259
C2C DIAR_A0000016557 13073 03-14-2013 4

specific questions about your appeal should be directed to the contractor who is handling your appeal.

12341100500

US Certified Admin Record 000755