UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

CAROL LEWIS,

     Plaintiff,

v.               Case 1:15-cv-13530-NMG

ALEX AZAR,
Secretary of the U.S. Department of Health
and Social Services,

     Defendant.

---

**FINAL JUDGMENT**

Pursuant to the Memorandum and Order entered on April 5, 2018, it is ORDERED that the Secretary's decision in M-14-2822 is reversed.

IT IS FURTHER ORDERED that this action is remanded to the Secretary pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), with instruction to cover the following Medicare claims for Plaintiff's use of Continuous Glucose Monitors:  numbers 12074701483000, 12090717327000, 12108700574000, 12172714577000, 12263710308000, for a total of $2,842 in Medicare claims covered..

Date:

                 _____
                 NATHANIEL M. GORTON
                 District Court Judge