# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 1:15-CV-13530-NMG |
| ) | |
| ALEX AZAR ) | |
| Secretary, United States Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

Defendant, Secretary of the U.S. Department of Health and Human Services, requests that the Court grant an extension of one week to respond to Plaintiff's Motion for Fees and Costs of $190,749.60, under the Equal Access to Justice Act ("EAJA"). Despite effort, counsel for Defendant is unable to complete the response by May 18. The response will take the position that EAJA does not provide for award of fees and costs in this action.

Counsel for Plaintiff does not oppose this Motion.

Accordingly, Defendant requests that the Court grant an extension to respond up to and including May 25, 2018.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

*/s/ Anita Johnson*
ANITA JOHNSON BBO No. 565540
Assistant U.S. Attorney
One Courthouse Way, Suite 9200

Boston, MA 02210<br>
617-748-3266<br>
anita.johnson@usdoj.gov

Of Counsel:

HEATHER FLICK
Acting General Counsel

JAN B. BROWN
Acting Chief Counsel, Region I

JENNIFER WILLIAMS
Assistant Regional Counsel
Department of Health and Human Services
J.F.K. Bldg., Rm. 2250
Boston, MA 02203

Certificate of Service and Rule 7.1 Conference

  I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff electronically, and that I conferred with counsel for Plaintiff regarding this Motion, both on this sixteenth day of May 2018.

/s/  Anita Johnson