**Parrish Law Offices**  
788 Washington Road  
Pittsburgh, PA 15228

# Invoice

| Date | Invoice # |
|---|---|
| 6/1/2018 | 5746 |

**Bill To**

Carol A. Lewis  
25 Old Harbor Road  
Chatham, MA  02633-2314

| Client/Matter No. | Matter Line 1 |
|---|---|
|  |  |

| Service ... | Description | Qty | Item | Amount |
|---|---|---|---|---|
| 5/2/2018 | revise/review fees motion | 2.3 | Prof Serv @ $495/hr | 1,138.50 |
| 5/3/2018 | revise/review fees motion | 2.6 | Prof Serv @ $495/hr | 1,287.00 |
| 5/3/2018 | Fee petition. | 1 | Prof Srvcs @ $525/hr | 525.00 |
| 5/4/2018 | revise/review fees motion, attn to amending the judgement | 3.4 | Prof Serv @ $495/hr | 1,683.00 |
| 5/4/2018 | Helped fill in the AR citations, document citations, to the EAJA filing that went in today; proofread for clarity as well per JP. | 2.75 | Prof Srvcs @ $325/hr | 893.75 |
| 5/7/2018 | attn to motion to amend | 1.4 | Prof Serv @ $495/hr | 693.00 |
| 5/24/2018 | S/w JP re govt.'s opposition to fees and to-do list for creating a response re the same. | 0.16667 | Prof Srvcs @ $325/hr | 54.17 |
| 5/25/2018 | revise/review fee reply | 2.4 | Prof Serv @ $495/hr | 1,188.00 |
| 5/29/2018 | revise/review fee reply | 2.7 | Prof Serv @ $495/hr | 1,336.50 |
| 5/30/2018 | S/w James re Lewis fees response, uploaded the LCD CRD documents for his review per his request. | 0.25 | Prof Srvcs @ $325/hr | 81.25 |
| 5/30/2018 | revise/review fee reply | 2.6 | Prof Serv @ $495/hr | 1,287.00 |
| 5/31/2018 | Proofread the Reply to Opp to Motion for EAJA Fees and filled in the missing citations. | 2.5 | Prof Srvcs @ $325/hr | 812.50 |
| 5/31/2018 | Revision of reply. | 0.5 | Prof Srvcs @ $525/hr | 262.50 |
| 5/31/2018 | revise/review fee reply | 2.4 | Prof Serv @ $495/hr | 1,188.00 |

**Total**  $12,430.17

**Balance Due**  $12,430.17