**Updated Fees and Costs of Laurie J. Bejoian (Carol Lewis)**

| Fees (at $350.00/Hr) | Hours | Fee | |
|---|---|---|---|
| | 4.00 | 1,400.00 | Telcon and Emails w/James Pistorino, Debra Parrish and Staff (Tanya) (May 2018) - 4 Hours |
| | 2.00 | 700.00 | Review, Edit & Filing of Motion regarding Fees (May 2018) - 2 Hours |
| | 1.50 | 525.00 | Preparing Package for Mailing of Fees Package to Court (May 2018) - 1.5 Hours |
| | 1.50 | 525.00 | Emails and Telcon with Christina Lima (Clerk for Judge Gorton) - May 2018 - 1.5 Hours |
| | 0.50 | 175.00 | Filing Motion for Leave to Reply with Certificate of Service (June 2018) - .5 Hours |
| | **9.50** | **3,325.00** | |