# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CAROL LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 1:15-CV-13530-NMG |
| ) | |
| ALEX AZAR ) | |
| Secretary, United States Department ) | |
| of Health and Human Services, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## UNOPPOSED DEFENDANT'S MOTION FOR LEAVE TO FILE SURREPLY ON PLAINTIFF'S EAJA PETITION

Defendant, the Secretary of the United States Department of Health and Human Services, requests that the Court grant him leave to file a Surreply to Plaintiff's Reply Brief on her petition for attorneys' fees under the Equal Access to Justice Act.  Defendant requests leave to file in order to respond to new arguments raised in Plaintiff's Reply Brief.  Defendant requests leave to file its Surreply on or before June 22, 2018.

Plaintiff does not oppose this Motion, and the undersigned is unaware of any prejudice to Plaintiff or to the proceedings of the Court if this Motion is granted.

Respectfully submitted,

ANDREW LELLING
United States Attorney

*/s/ Anita Johnson*
ANITA JOHNSON
Assistant U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3266
anita.johnson@usdoj.gov

Certificate of Service and Rule 7.1 Conference

I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Plaintiff electronically and that I conferred with said counsel and counsel is not opposed to the motion, both on this twelfth day of June 2018.

                                                            */s/ Anita Johnson*
                                                           Assistant U.S. Attorney