UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CAROL LEWIS,

           Plaintiff,

v.                                  Case 1:15-cv-13530-NMG

ALEX AZAR,
Secretary of the U.S. Department of Health
and Social Services,

           Defendant.

**PLAINTIFF'S MOTION FOR LEAVE TO SUBMIT
NOTICE OF SUBSEQUENT AUTHORITY**

Plaintiff Carol Lewis respectfully files this Motion for Leave to Submit Notice of Subsequent Authority to bring to the Court's attention a decision issued on June 12, 2018 in *Whitcomb v. Azar*, Case No. 17-cv-14, (June 12, 2018) (ED Wisc., Jones, J.). Exhibit A. There, the Court addressed the same issues pending before this Court in Ms. Lewis' Motion for Fees. *See* Dkt. # 80. The *Whitcomb* decision held:

> The Secretary's position is not substantially justified, as there is no reasonable basis for arguing that continuous glucose monitors are not primarily and customarily used to serve a medical purpose.

*Whitcomb* at 4. In addition, the Court rejected the Secretary's claim of "consistency" as evidence of substantial justification holding:

> In fact, this "foolish consistency" – which the Secretary continues to propound despite this and other court's adverse decisions – demonstrates the unreasonableness of the Secretary's position.

*Id*. at 5-6 (internal citations omitted). Finally, the Court held that a "special factor" was present so that fees were awarded using the Parrish firm's usual and customary billing rates. *Id.* at 6-8. In

doing so, *inter alia*, the court noted the Parrish firm's specialized access to ALJ decisions related to CGMs.  *Id.* at 7-8.

Thus, the *Whitcomb* court addressed, and rejected, the same defenses the Secretary offers here to an EAJA award and specifically contradicted the Secretary's claims regarding the holdings of the Wisconsin court.

Dated: June18, 2017                                              Respectfully submitted,

                                                                                CAROL LEWIS, By her attorneys,
                                                                                */s/ Laurie J. Bejoian*
                                                                                LAURIE J. BEJOIAN BBO No. 545312
                                                                                325B Great Road
                                                                                Littleton, MA 01460
                                                                                978-486-9145
                                                                                ljblaw.ljbejoian@gmail.com

                                                                                OF COUNSEL
                                                                                DEBRA M. PARRISH
                                                                                PARRISH LAW OFFICES
                                                                                788 Washington Road
                                                                                Pittsburgh, PA 15228
                                                                                412-561-6250
                                                                                debbie@dparrishlaw.com

Certificate of Service

I certify that the foregoing will be filed through the electronic filing system of the Court, which system will serve counsel for Defendant electronically, on this the 18th day of June 2018.

                                                                                */s/ Laurie J. Bejoian*
                                                                                LAURIE J. BEJOIAN BBO No. 545312
                                                                                325B Great Road
                                                                                Littleton, MA 01460
                                                                                978-486-9145
                                                                                ljblaw.ljbejoian@gmail.com