## Johnson, Anita (USAMA)

| | |
|---|---|
| **From:** | James Pistorino <james@dparrishlaw.com> |
| **Sent:** | Tuesday, June 12, 2018 3:02 PM |
| **To:** | Johnson, Anita (USAMA) |
| **Cc:** | Craig S. Nolan; Debbie Parrish |
| **Subject:** | RE: Sur-Reply on EAJA fee motion |

Anita,

We will not stipulate to it but we also do not oppose (I really think that this is something for the Court to decide itself).

On another front, we remain open to discussing settlement.
So, anytime the government would like to capitulate, just let us know.

Regards,
James

**From:** Johnson, Anita (USAMA) <Anita.Johnson@usdoj.gov>
**Sent:** Tuesday, June 12, 2018 11:55 AM
**To:** James Pistorino <james@dparrishlaw.com>
**Subject:** Sur-Reply on EAJA fee motion

Defendant anticipates the filing of a Motion seeking leave to file Sur-Reply on Plaintiff's EAJA fee petition, for the purpose of addressing new arguments raised.

What is your position on such a motion?

Thank you,

Anita J.
617-748-3266