# Laurie Bejoian

**From:** Debbie Parrish <debbie@dparrishlaw.com>
**Sent:** Friday, April 5, 2019 5:22 PM
**To:** Laurie Bejoian
**Subject:** FW: Plaintiff's Motion

Here are the emails to be attached to the motion.

**From:** Johnson, Anita (USAMA) <Anita.Johnson@usdoj.gov>
**Sent:** Friday, April 05, 2019 5:06 PM
**To:** Debbie Parrish <debbie@dparrishlaw.com>
**Subject:** RE: Plaintiff's Motion

I did not agree that there is a mathematical error in the court's calculation, as I said several times.

**From:** Debbie Parrish <debbie@dparrishlaw.com>
**Sent:** Friday, April 5, 2019 4:42 PM
**To:** Johnson, Anita (USAMA) <AJohnson3@usa.doj.gov>
**Subject:** RE: Plaintiff's Motion

To be clear, I requested that the Secretary agree that there was a mathematical error in the Court's calculation, regardless of the direction.
You have advised me that the Secretary will neither agree nor disagree that there is a mathematical error and request that the court review the calculation..
I did not request that you agree to a motion to raise the fees to $73,000.

**From:** Johnson, Anita (USAMA) <Anita.Johnson@usdoj.gov>
**Sent:** Friday, April 05, 2019 4:17 PM
**To:** Debbie Parrish <debbie@dparrishlaw.com>
**Subject:** Plaintiff's Motion

Ms. Parish, to reiterate, you may not represent that defendant believes that the Court made an error in the calculation of fees.  That is not Defendant's position.  Defendant's position is that Defendant opposes Plaintiff's motion to raise the fees to $73,000.

Thank you,

Anita Johnson